## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ESTATE OF WILLIAM ADAMS
BY PERSONAL REPRESENTATIVE
SALLIE SCHULTZ,

      Plaintiff,                                    Case No. 18-cv-11220

-vs-                                                        Hon. Matthew F. Leitman

WAYNE COUNTY, et al.,

      Defendants.

_____/

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT, COSTS, FEES, AND AUTHORIZING PERSONAL REPRESENTITVE TO SIGN ANY AND ALL NECESSARY SETTLEMENT DOCUMENTS

This matter having come before the court on Motion of the Plaintiff, and there being no objections, and the court having reviewed this matter and taking the testimony of the Personal Representative, and otherwise being fully advised in the premises:

**IT IS HEREBY ORDERED** that the settlement in this case of $350,000.00 is hereby approved as well as the legal costs of $9,202.52 and attorney fees in the amount of $113,599.16.

**IT IS FURTHER ORDERED** and found that Plaintiff's decedent did not suffer any appreciable conscious pain and suffering.

**IT IS FUTHER ORDERED** that Plaintiff's Personal Representative shall have all necessary authority to sign any and all settlement documents.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: March 9, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764