# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ESTATE OF WILLIAM ADAMS
BY PERSONAL REPRESENTATIVE
SALLIE SCHULTZ,

      Plaintiff,                      Case No. 18-cv-11220
                                         Hon. Matthew F. Leitman

-vs-

WAYNE COUNTY, et al.,

      Defendants.
_____/

## ORDER APPOINTING GUARDIAN AD LITEM

This matter has been come before the court on Plaintiff's Motion for Wrongful Death Settlement and Appointment of Guardian Ad Litem, and there being no objection, and the court having reviewed this matter and is otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Peter Tochman shall be appointed Guardian Ad Litem in this case to review distribution to members of the Estate on behalf of minor child Olivia Konikow.

                                           /s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  March 9, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2020, by electronic means and/or ordinary mail.

                                                              s/Holly A. Monda  
                                                              Case Manager  
                                                              (810) 341-9764