**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ESTATE OF WILLIAM ADAMS
BY PERSONAL REPRESENTATIVE
SALLIE SCHULTZ,

    Plaintiff,                                            Case No. 18-cv-11220
                                                                      Hon. Matthew F. Leitman

-vs-

WAYNE COUNTY,

    Defendant.

_____/

**ORDER APPROVING DISTRIBUTION TO WRONGFUL**
**DEATH HEIRS AND DISMISSING THE CASE WITH PREJUDICE**

This matter having come before the Court on Motion by the Personal Representative, and the Court not receiving any objections regarding the proposed distribution to heirs as contained in said motion, and the Court otherwise being fully advised in the premises;

**IT IS HEREBY ORDERED** that the remaining settlement funds shall be distributed as follows:

1. $47,066.04 to James Adams, Sr.;

2. $47,066.04 to James Adams, Jr.;

3. $47,066.04 to Robert Adams;

4. $59,105.20 to O.K. (minor daughter) c/o Jennifer Konikow, (conservator);

and

5. $26,000.00 to Sallie Schultz.

**IT IS FURTHER ORDERED** that this case shall be dismissed with prejudice.

**THIS RESOLVES ALL PENDING ISSUES AND CONSTITUTES A FINAL DISPOSITION OF THIS CASE.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764